UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X

MALIBU MEDIA, LLC,

:Civil Action No. 2:14-cv-03798-AB

                Plaintiff,

     vs.

JONATHAN HO

                Defendant.

-----------------------------------------------------------------X

## ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until November 17, 2014 to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this 20th day of October, 2014.

By: _____
UNITED STATES DISTRICT JUDGE

Copies via ECF on ___

1