IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALIBU MEDIA, LLC,

        Plaintiff,

  v.                                    Civil Action No. 2:14-cv-03798-AB

JONATHAN HO,

        Defendant.

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JONATHAN HO

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Jonathan Ho ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Jonathan Ho was assigned the IP address 76.98.171.228. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Jonathan Ho has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November____, 2014

                                                    Respectfully submitted,

                                                    By:    /s/ *Christopher P. Fiore*
                                                    Christopher P. Fiore
                                                    cfiore@fiorebarber.com
                                                    Attorneys At Law
                                                    418 Main Street, Suite 100
                                                    Harleysville, PA 19438
                                                    Phone: 215-256-0205
                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on November____, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                            By: _/s/ *Christopher P. Fiore*_____
                                               Christopher P. Fiore